AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:23-mj-71715-MAG Document 5 Filed 11/15/23 Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

NOV 15 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America

v.

LEONARD MICLESCU,

Defendants.

Case No. 23-mj-71715-MAG-1 (KAW)

Charging District: Southern District of California

Charging District's Case No.: 23-cr-2090-LAM-10

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Edward J. Schwartz United States Courthouse 221 West Broadway San Diego, CA 92101 | Courtroom No.: TBD |
|---|---|
| | Date and Time: TBD |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 11/15/23

Kandis A. Westmore
United States District Judge